

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JEREMIAH SUSTAITA, | § | No. 08-18-00142-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00821) |
|  | § |  |

# **O R D E R**

On August 14, 2018, Appellant filed notice of appeal from interlocutory rulings made by the trial court, including an order denying Appellant's motion to dismiss. The Court notified Appellant of its intent to dismiss the appeal for lack of jurisdiction and Appellant filed his written response. On August 17, 2018, Appellant filed an emergency motion to stay proceedings in the trial court, including the jury trial set for August 20, 2018. The motion to stay is DENIED.

IT IS SO ORDERED this 17th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.